# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**WILLIAM REINHOLD,**

        **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　**Case No: 6:21-cv-861-PGB-DCI**

**DELI MANAGEMENT, INC.,**

        **Defendant.**

_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Fair Labor Standards Act Settlement Approval filed July 14, 2022. (Doc. 27 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 27-1 (the "**Agreement**")). Magistrate Judge Daniel C. Irick submitted a Report recommending that the Motion be granted. (Doc. 28). The parties have not filed an objection, and the time to do so has now passed.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation filed August 3, 2022 (Doc. 28), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 27) is **GRANTED**;

3. The Court **FINDS** that the parties' Agreement (Doc. 27-1) is a fair and reasonable settlement and resolution of Plaintiff's claims under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 23, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties